# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS F. RODRIGUES,** | : | **CIVIL ACTION NO. 1:07-CV-0623** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **MICHAEL DEMATT, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of August, 2008, upon consideration of the periodic status report filed on August 1, 2008 (Doc. 21), indicating that the above-captioned action has been stayed pending resolution of a related state court proceeding and that the state court proceeding has not yet been resolved, and of defendants' pending motions to enforce settlement (Doc. 8) and to dismiss (Doc. 10), it is hereby ORDERED that the pending motions (Docs. 8, 10) are DENIED without prejudice to defendants' rights to re-file the motions should the stay in the above-captioned action be lifted following resolution of the state court proceeding.

    /s/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge